[No. 65. Decided February 11, 1891.]
GEORGE F. ORCHARD v. WM. ALEXANDER.

*Error to Superior Court, Pierce County.*

*Doolittle, Pritchard & Stevens,* for plaintiff in error.

*Judson, Sharpstein & Sullivan,* for defendant in error.

HOYT, J. — Substantially the same questions have been argued in this case as in that of *Pierce v. Frace, ante,* p. 81 (just decided), and, for the reasons therein stated, the judgment of the lower court must be affirmed, and it will be so ordered.

ANDERS, C. J., and SCOTT J., concur.

DUNBAR, J., dissents.

STILES, J., not sitting.